# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRANSAMERICA LIFE INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>WILLIAM ROSENTHAL and NANCY DRUMMOND,<br><br>Defendants. | Case No. 19cv470-JAH (MSB)<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS COMPLAINT AGAINST DEFENDANT DRUMMOND** |

On April 24, 2020, Plaintiff Transamerica Life Insurance Company ("Transamerica") and Defendant Nancy Drummond ("Drummond") filed a joint motion to dismiss the complaint against Drummond without prejudice. *See* Doc. No. 31.

IT IS HEREBY ORDERED that the joint motion is **GRANTED**. Transamerica's complaint against Drummond is **DISMISSED** without prejudice. Each party will bear its own costs and attorneys' fees in connection with this action.

**IT IS SO ORDERED.**

Dated: April 27, 2020

_____
Hon. John A. Houston
United States District Judge