UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRANSAMERICA LIFE INSURANCE COMPANY,<br><br>          Plaintiff,<br><br>v.<br><br>WILLIAM ROSENTHAL and NANCY DRUMMOND,<br><br>          Defendants. | Case No.:  19cv00470 JAH-MSB<br><br>**ORDER VACATING PRETRIAL CONFERENCE AND DIRECTING CLERK OF COURT TO CLOSE ACTION** |

On April 27, 2020, this Court dismissed Defendant Nancy Drummond from the action upon the parties' joint motion.  Shortly thereafter, Plaintiff moved for entry of the stipulated judgment against Defendant William Rosenthal, the only remaining defendant which this Court granted.  The Court finds it appropriate to vacate any remaining dates and terminate this action.

Accordingly, IT IS HEREBY ORDERED:

1. The pretrial conference set for July 13, 2020 is **VACATED**;

2. The Clerk of Court is directing to close this action.

DATED:   July 7, 2020

_____
JOHN A. HOUSTON
United States District Judge

1

19cv00470 JAH-MSB